OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 On review of the record here, we cannot say that respondents’ termination of petitioner was for “a constitutionally impermissible purpose or in violation of statutory proscription”
 
 (James v Board of Educ., 37
 
 NY2d 891, 892). Moreover, the petitioner produced no evidence that the director of administration, the same officer who signed petitioner’s letter of appointment, was not authorized to sign his letter of termination.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed, with costs, in a memorandum.